UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HUMBERTO CRUZ,

                Petitioner,

       -against-

THOMAS GRIFFIN, SUPERINTENDENT,
GREEN HAVEN CORRECTIONAL
FACILITY,

                Respondent.
-------------------------------------------------------x

ORDER

16-CV-8998 (CS) (JCM)

Seibel, J.

       Before the Court is the Report and Recommendation (the "R&R") of Magistrate Judge

Judith McCarthy dated October 24, 2019. (Doc. 18.) Judge McCarthy recommends that

Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, (Doc. 1), be denied.

(R&R at 44.)

       A district court reviewing a magistrate judge's R&R "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §

636(b) (1)(C). Parties may raise objections to the R & R, but they must be "specific" and

"written," and submitted "[w]ithin 14 days after being served with a copy of the recommended

disposition." Fed. R. Civ. P. 72(b)(2); *see* 28 U.S.C. § 636(b)(1)(C). The district court may

adopt those portions of the R & R to which no timely objections have been made, provided no

clear error is apparent from the face of the record. *See Lewis v. Zon*, 573 F. Supp. 2d 804, 811

(S.D.N.Y. 2008); *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); Fed. R. Civ. P. 72

advisory committee's note.

No objections to the R&R have been received.  I have therefore reviewed it for clear error, and find no error, clear or otherwise.

Accordingly, the R&R is hereby adopted as the decision of the Court.  The Clerk of Court shall send a copy of this Order to Petitioner, and close the case.  As Petitioner has not made a substantial showing that he was denied a constitutional right, a certificate of appealability will not issue.

Dated: November 20, 2019
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.