USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HUMBERTO CRUZ,

                Petitioner,

    -against-

THOMAS GRIFFIN, SUPERINTENDENT,
GREEN HAVEN CORRECTIONAL
FACILITY,

                Respondent.
------------------------------------------------------------X

16 **CIVIL** 8998 (CS)(JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2019, no objections to the R&R have been received. The Court has reviewed it for clear error, and find no error, clear or otherwise. The R&R is hereby adopted as the decision of the Court. As Petitioner has not made a substantial showing that he was denied a constitutional right, a certificate of appealability will not issue; accordingly, the case is closed.

**Dated:** New York, New York
         November 21, 2019

                                                   **RUBY J. KRAJICK**
                                                      Clerk of Court

                                      BY: _KMango_
                                                 **Deputy Clerk**